**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0635M-01 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

A proposed order is attached.

DATED: _____, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section


_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this \_\_\_\_\_ day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

        Michael Lieberman, Esq.
        Federal Public Defender of Wisconsin
        222 West Washington Ave., Suite 300
        Madison, WI 53703

                _____
                JAMES A. CROWELL IV
                Trial Attorney
                U.S. Department of Justice
                Criminal Division
                Public Integrity Section
                10th & Constitution Ave., NW
                Washington, DC 20530
                (202) 514-1412
                james.crowell@usdoj.gov