IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-0635M-01 |
| | ) |
| MICHAEL BRIAN WHEELER, | ) |
| | ) |
| Defendant. | ) |

FILED

DEC 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION TO UNSEAL

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

*JMF —
No proposed Order was attached.*

A proposed order is attached.

DATED: _____, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
      Laundering Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this _____ day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

>Michael Lieberman, Esq.
>Federal Public Defender of Wisconsin
>222 West Washington Ave., Suite 300
>Madison, WI 53703

>JAMES A. CROWELL IV
>Trial Attorney
>U.S. Department of Justice
>Criminal Division
>Public Integrity Section
>10th & Constitution Ave., NW
>Washington, DC 20530
>(202) 514-1412
>james.crowell@usdoj.gov