NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  05-0635M-01

MICHAEL B. WHEELER
(Defendant)

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

[ ] CJA     [X] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Bruce J. Rosen  (WI Bar No. 1014182)
(Attorney & Bar ID Number)

Pellino, Rosen, Mowris & Kirkhuff, S.C.
(Firm Name)

131 W. Wilson, Suite 1201
(Street Address)

Madison,  WI  53703
(City)  (State)  (Zip)

608-255-4501
(Telephone Number)