```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                            ) | |
|     v.                         ) | Criminal No. 06-CR-00230 |
|                            ) | |
| MICHAEL B. WHEELER      ) | |
|                            ) | |
|     Defendant.         ) | |
| _____  ) | |

**NOTICE OF APPEARANCE**

    COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of James A. Crowell IV as counsel for the Government in the above-captioned matter. Accordingly, the Government asks the Court to designate James A. Crowell IV as additional lead counsel and attorney to be noticed for the Government.

                                      Respectfully Submitted,

                                        BRENDA K. MORRIS
                                        Acting Chief, Public Integrity Section


                          By:   /s/ James Crowell
                                JAMES A. CROWELL IV
                                Trial Attorney

                                U.S. Department of Justice
                                Criminal Division
                                Public Integrity Section
                                1400 New York Ave., NW
                                Washington, DC 20005
                                (202) 514-1412
                                james.crowell@usdoj.gov