IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-CR-230 |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Patrick T. Murphy as counsel for the Government in the above-captioned matter. Accordingly, the Government asks the Court to designate Patrick T. Murphy additional lead counsel and attorney to be noticed for the Government.

Respectfully Submitted,

BRENDA K. MORRIS
Principal Deputy Chief,
Public Integrity Section

By:  /S/Patrick T. Murphy
Patrick T. Murphy
Trial Attorney
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
  Money Laundering Section
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1263
Patrick.murphy@usdoj.gov

DATED:    August 10, 2006