IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,     )
                              )
        v.                    )    Criminal No. 06-CR-230
                              )
MICHAEL BRIAN WHEELER,        )
                              )
        Defendant.            )
_____)
```

**ELEMENTS OF OFFENSES**

To prove unlawful gratuity (18 U.S.C. § 201(c)) as charged in Count One of the Information, the Government must establish:

<u>First</u>: That the defendant was a public official; and

<u>Second</u>: That the defendant, directly or indirectly, demanded, sought, received, accepted, or agreed to receive and accept something of value for or because of any official act performed or to be preformed by the defendant.

To prove Possession of Machine Gun (18 U.S.C § 922(o)(1)) as charged in Count Two of the Information, the Government must establish:

<u>First</u>: That the defendant knowingly possessed a "machine gun," defined as any weapon which shoots, is designed to shoot or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger; and

<u>Second</u>:   That the defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machine gun."

        Respectfully Submitted,

        BRENDA K. MORRIS
        Principal Deputy Chief,
        Public Integrity Section

By:   <u>/S/Patrick T. Murphy</u>
     Patrick T. Murphy
     Mark Yost
     James A. Crowell IV
     Ann C. Brickley
     Trial Attorneys
     U.S. Department of Justice
     Criminal Division
     1400 New York Ave., NW
     Washington, DC 20005
     (202) 514-1412
     Patrick.murphy@usdoj.gov
     Mark.yost@usdoj.gov
     James.crowell@usdoj.gov
     Ann.Brickley@usdoj.gov

DATED:   August 18, 2006