# United States District Court

DISTRICT OF __COLUMBIA__

*CR: 06-230 (CKK)*

| UNITED STATES OF AMERICA | | WARRANT FOR ARREST |
|---|---|---|
| V. | **FILED** | |
| MICHAEL BRIAN WHEELER | SEP 2 8 2006 | CASE NUMBER: 05 - 0635M - 01 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | ~~UNSEALED~~ |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL BRIAN WHEELER__
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 201 (BRIBERY), 654 (EMBEZZLEMENT BY A PUBLIC OFFICIAL), 922(o) (POSSESSION OF A MACHINE GUN), 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY) AND TITLE 26, UNITED STATES CODE, SECTION 5861(d) (POSSESSION OF UNREGISTERED FIREARM), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).

| ALAN KAY | ALAN KAY |
|---|---|
| U.S. MAGISTRATE JUDGE | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | NOV 2 8 2005   District of Columbia |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

RETURN

| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
|---|---|---|
| DATE RECEIVED<br>9-28-06 | NAME AND TITLE OF ARRESTING OFFICER<br>D Baldwin<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>DL BALDWIN |
| DATE OF ARREST<br>9-28-06 | | |

subject arrested in WISCONSIN on 12-1-05.
released to appear in D/DC.
subject appeared in D/DC on 8/23/06 and released
warrant executed after notification