IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-CR-00230 (CKK) |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT**

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to Fed. R. Crim. P. 5.1(d) hereby submits the following consent motion to extend time to seek an indictment in the above-captioned matter.

The parties respectfully request a 90 day extension of time in which to seek an indictment in this matter up to and including February 19, 2007. This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to extend time to indict until February 19, 2007.

A proposed order is attached.

```
                DATED: November 17, 2006

                EDWARD NUCCI
                ACTING CHIEF, PUBLIC INTEGRITY SECTION


           By:  /s/James Crowell
                James A. Crowell IV
                Ann C. Brickley
                Patrick T. Murphy
                Trial Attorneys
                U.S. Department of Justice
                Criminal Division
                1400 New York Ave., NW
                Washington, DC 20005
                (202) 514-1412
                James.crowell@usdoj.gov
                Ann.Brickley@usdoj.gov
                Patrick.murphy@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-CR-00230 (CKK) |
| ) | |
| MICHAEL BRIAN WHEELER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration, the Parties' Consent Motion to Extend Time in which to seek an indictment is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from November 20, 2006, to February 19, 2007, based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to continue to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until February 19, 2007. The time period from November 20, 2006 to February 19, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this \_\_\_\_\_ day of November, 2006.

_____

UNITED STATES District Judge