UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-CR-00230-CKK |
| ) | |
| MICHAEL BRIAN WHEELER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Ann Brickley as additional counsel for the Government in the above-captioned matter. Accordingly, the Government asks the Court to designate Ann Brickley as lead co-counsel and an attorney to be noticed for the Government.

Respectfully Submitted,

EDWARD C. NUCCI
Acting Chief, Public Integrity Section

By:    /s/ Ann C. Brickley
ANN C. BRICKLEY
Trial Attorney

U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
Ann.Brickley@usdoj.gov