# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. 06-cr-230-CKK** |
| **MICHAEL B. WHEELER,** : | |

## DISMISSAL

The United States, by its undersigned attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith discharge of the above-named defendant on these charges. The defendant is not in custody.

    EDWARD C. NUCCI
    Acting Chief
    United States Department of Justice
    Public Integrity Section

BY:   /s/ James A. Crowell IV
    James A. Crowell IV
    Trial Attorney
    United States Department of Justice
    Public Integrity Section
    1400 New York Avenue, NW
    Washington, D.C. 20005
    (202) 514-1412

APPROVED AND GRANTED THIS \_\_\_\_\_
DAY OF _____, 2007.

_____
UNITED STATES DISTRICT JUDGE