UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

     v.                              :        CRIMINAL NO. 06-cr-230-CKK

MICHAEL B. WHEELER,              :

**DISMISSAL**

**FILED**

FEB 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    The United States, by its undersigned attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith discharge of the above-named defendant on these charges. The defendant is not in custody.

EDWARD C. NUCCI
Acting Chief
United States Department of Justice
Public Integrity Section

BY:    /s/ James A. Crowell IV
      James A. Crowell IV
      Trial Attorney
      United States Department of Justice
      Public Integrity Section
      1400 New York Avenue, NW
      Washington, D.C. 20005
      (202) 514-1412

APPROVED AND GRANTED THIS 7th
DAY OF February, 2007.

_____
UNITED STATES DISTRICT JUDGE